**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01655-CV

**ROBERT COLE, Appellant**

**V.**

**GWENDOLYN PARKER, INC., CRF, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00513-D**

## ORDER

The reporter's record in this case has not been filed. By order dated March 20, 2014, the Court advised appellant that the Court would submit his appeal without a reporter's record upon receiving verification either that (1) no request for the record has been made or (2) appellant is not indigent and has not paid for the reporter's record. By letter received by the Court on March 24, 2014, Cora L. Hough, Court Reporter of Dallas County Court at Law No. 4, advised the Court that appellant has not made arrangements to pay for the record and has not been found to be indigent. Accordingly, the Court **ORDERS** this case submitted without the reporter's record. Within **THIRTY (30) DAYS** of the date of this order, appellant shall file his brief. *We notify*

*appellant that failure to file a brief in this case will result in dismissal for want of prosecution.*

*See Tex. R. App. P. 38.8(a)(1).*

/s/    CAROLYN WRIGHT
CHIEF JUSTICE